IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRANDON CROCKETT,

    Plaintiff,

v.

DAVID MAHONEY,

    Defendant.

ORDER

Case No. 18-cv-227-wmc

*Pro se* plaintiff Brandon Crockett is proceeding on a claim against defendant Sheriff David Mahoney related to conditions at the Dane County Jail. On November 27, 2018, the court gave plaintiff until December 18, 2018, to file a response to defendant's motion for summary judgment and warned plaintiff that his case would be dismissed for failure to prosecute if he did not respond. (Dkt. #21.) That deadline has passed and the court has received nothing from plaintiff. Accordingly, the court is now dismissing this case with prejudice for plaintiff's failure to prosecute. *See James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005).

ORDER

IT IS ORDERED that plaintiff Brandon Crockett's claim is DISMISSED WITH PREJUDICE for failure to prosecute. The clerk of court is directed to enter judgment in defendant's favor and close this case.

Entered this 4th day of January, 2019.

BY THE COURT:
/s/
_____
WILLIAM M. CONLEY
District Judge